IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEBRASKA

| | |
|---|---|
| GERARDO DUENAS ARCE,<br><br>Plaintiff-Petitioner,<br>v.<br><br>DONALD J. TRUMP, in their official capacity as President of the United States;<br>KRISTI NOEM, in their official capacity as Secretary of the United States Department of Homeland Security;<br>ALLEN GILL, in their official capacity as Field Office Director of Omaha office of United States Immigration and Customs Enforcement<br>PAMELA BONDI, in their official capacity as Attorney General of the United States;<br>TODD M. LYONS, in their official capacity as Acting Director of the United States Immigration and Customs Enforcement;<br>PETER BERG, in their official capacity as St. Paul Field Office Director for Enforcement and Removal Operations, United States Immigration and Customs Enforcement; and,<br>CHRIS KLEINBERG, in their official capacity as Dakota County Sheriff, Official of Dakota County Detention Center;<br><br>Defendant-Respondents. | Case No. _____ |

## APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE

1. Pursuant to 28 U.S.C. § 2243, Petitioner Gerardo Duenas Arce

1

respectfully requests that this Court issue an order to Respondents, requiring them to show cause why his Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, should not be granted.

2. Petitioner challenges his detention by Respondents in violation of the Immigration and Nationality Act and his constitutional right to due process.

3. Petitioner seeks a constitutionally adequate hearing, to be conducted immediately, at which Respondents must justify his continued detention.

4. The federal habeas corpus statute provides that "[a] court, justice or judge entering a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

5. Section 2243 further provides that the writ or order to show cause "shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed."

6. Section 2243 further provides that the court shall hold a hearing on the writ or order to show cause "not more than five days after the

return unless for good cause additional time is allowed."

7. Section 2243 further provides that the court "shall summarily hear and determine the facts, and dispose of the matter as law and justice require."

8. Pursuant to 28 U.S.C § 2243, and in light of the fact that he has been detained for more than nine months, Petitioner respectfully request that this Court immediately issue an Order to Show Cause against the Respondents.

Petitioner further request pursuant to 28 U.S.C. § 2243 that this Court require respondents to file return within three days of this Court's order, showing cause, if any, when the writ habeas corpus should not be granted.

/s/ Jamie L Arango

Jamie L Arango, NE 25606
Arango Law LLC
4546 S 86th St Ste A
Lincoln, Ne 68526
Attorney for Petitioner