**U.S. Department of Justice**
Executive Office for Immigration Review

**Notice of ICE Intent to Appeal Custody Redetermination**

Date: 8.5.2025

Alien Number: 240 135 562

Alien Name: Gerardo Duenas Arce

1. Immigration and Customs Enforcement (ICE) has:

   ☒ a. Held the respondent without bond.

   ☐ b. Set the respondent's bond at $ _____.

2. The Immigration Judge on 8.5.2025
   (Date)

   ☐ a. Authorized the respondent's release.

   ☒ b. Redetermined the ICE bond to $ 10,000.00.

3. Filing this form on 8.5.2025 _____ automatically stays the
   (Date)

   Immigration Judge's custody redetermination decision. See 8 C.F.R. §1003.19(i)(2).

4. The stay shall lapse if ICE does not file a notice of appeal along with appropriate certification within ten business days of the issuance of the order of the Immigration Judge, or upon ICE's withdrawal of this notice, or as set forth in 8 C.F.R. §1003.6(c)(4) and (5).
   See 8 C.F.R. §1003.6(c)(1).

_____
ICE Counsel

2

I, Erin Mitchell _____, served the Notice of ICE Intent to Appeal Custody Redetermination on
   (Name)

Heidi Oligmueller _____, on 8.5.2025
   (Respondent or Respondent's Representative)   (Date)

*Erin Mitchell*
Signature

Form EOIR-43
Rev. Oct. 2006



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

DUENAS ARCE, GERARDO
A240-135-562
DAKOTA COUNTY JAIL
1717 AVENUE H.
1600 BROADWAY
DAKOTA CITY, NE 68731

DHS/ICE Office of Chief Counsel - OMA
1717 Avenue H, Room 174
Omaha, NE 68110

Name: DUENAS ARCE, ...

A240-135-562

Type of Proceeding: Removal

Date of this notice: 8/12/2025

Type of Appeal: Bond Appeal

Filed by: DHS

## FILING RECEIPT FOR APPEAL FILED BY DHS

The Board of Immigration Appeals acknowledges receipt of the appeal from DHS filed on 8/5/2025 in the above-referenced case.

### REPRESENTATION BEFORE THE BOARD

You may be represented in these proceedings before the Board of Immigration Appeals (BIA or Board). If you want to be represented, **your representative must complete the enclosed form EOIR-27** (Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals) and file it with the Board as soon as possible in accordance with the Filing Instructions below.

Unless a Form EOIR-27 is received from your representative, you will be considered pro se (representing yourself) before the Board and all future notices, including the Board's decision, will be sent directly to you at your address above and not to your representative. Please note that the Board does not recognize a Form EOIR-28 (Notice of Entry of Appearance before the Immigration Court).

If the respondent/applicant is unrepresented (also called pro se) and receives assistance on documents to be filed with the Board (such as help preparing an appeal, motion, form, briefs, or other documents), a Notice of Entry of Limited Appearance for Document Assistance before the Board of Immigration Appeals (Form EOIR-60) must be submitted with the document(s) that assistance was provided when filed with the Board.

**WARNING:** If you have been granted voluntary departure by the Immigration Judge, you must submit sufficient proof of having posted the voluntary departure bond set by the Immigration Judge to the Board of Immigration Appeals. Your submission of proof must be provided to the Board within 30 days of filing this appeal. If you do not timely submit proof to the Board that the voluntary departure bond has been posted, the Board cannot reinstate the period of voluntary departure. 8 C.F.R. § 1240.26(c)(3)(ii).

### FILING INSTRUCTIONS

In all future correspondence or filings with the Board, please list the name and registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for <u>every</u> family member who is included in this appeal.

If you have any questions about how to file something at the Board, please review the Board's Practice Manual contained within EOIR's Policy Manual and found on EOIR's website at www.usdoj.gov/eoir.

<u>Certificate of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals</u> -- including correspondence, forms, briefs, motions, and other documents. If you are the Respondent or Applicant, the "Opposing Party" is the DHS Counsel at the address shown above. Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them. <u>Any submission filed with the Board without a certificate of service on the opposing party will be rejected.</u> See Chapter 3.2 (Service) of the Board's Practice Manual.

## FILING INSTRUCTIONS -- IMPORTANT REMINDER

Electronic filing through ECAS is mandatory for attorneys and accredited representatives appearing as practitioners of record (filed a Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals (Form EOIR-27)), as well as for DHS in every case that is eligible for electronic filing. See 8 C.F.R. §§ 1003.2(g)(4), 1003.3(g)(1), 1003.31(a).

Where electronic filing is not required, use of an overnight courier service to the address listed in the FILING ADDRESS: section below is encouraged to ensure timely filing.

## FILING ADDRESS

Board of Immigration Appeals
Clerk's Office
5107 Leesburg Pike, Suite 2000
Falls Church, VA  22041

Business hours: Monday through Friday, 8:00 a.m. to 4:30 p.m.

cc:

Heidi Oligmueller
PO Box 759
South Sioux City, NE 68776

TurnerM

Userteam: PCM